Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Westley Siggers

Date: December 12, 2019
Case No. 1:19CR147-5
Judge: John R. Adams
Court Reporter: Lori Callahan
ProbOffice: Carissa Verrastro

U.S. Attorney:          Elliot Morrison
Attorney for Defendant(s):   David Jack

**SENTENCING:**

Defendant committed to the custody of the Bureau of Prisons for a period of 120 months as to Counts 1, 4, and 5 concurrent with credit for time served.

Probation ordered for a period of     years  with standard/special conditions.

Supervised release: for a term of 8 years as to Counts 1, 4, and 5 concurrent with conditions.

Fine: Waived.

Restitution: N/A.

The Defendant is to pay a special assessment of $300.00 as to Counts 1, 4, and 5.

X   The defendant was advised of his appeal rights.

X Counts 2, 3, 6, 11, 12, and 26 dismissed.

X Forfeiture.

Comments: Defendant is returned to custody

Total Time: 35 Mins.

S/Christin M. Kestner
Courtroom Deputy Clerk